DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EMELY M. MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2226

_____

April 1, 2026

Appeal from the County Court for Pinellas County; Kathleen T. Hessinger, Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.